# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 95 C 2970 | DATE | 2/4/2004 |
| CASE TITLE | | USA vs. Donna M. Haynes | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that plaintiff's motion for entry of an order of garnishment be granted is hereby entered of record.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | 4 number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | FEB 0 5 2004 date docketed | |
| | Docketing to mail notices. | | | 12 |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | | |
| | | | 2/4/2004 date mailed notice | |
| IS | courtroom deputy's initials | | IS mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
FEB 05 2004

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) DONNA M. HAYNES, ) ) Defendant, ) ) and ) ) GEORGE COMFORT & SONS, INC., ) ) Garnishee. ) | Case No. 95 C 2970 Judge James B. Moran Magistrate Judge Martin C. Ashman |

## REPORT AND RECOMMENDATION

This matter is before the Court on the motion of the United States for entry of an order of garnishment. The Court has reviewed the motion and the United States' representations therein, and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against defendant on October 10, 1995. As of January 20, 2004, defendant Donna M. Haynes has an outstanding balance of $152,528.94.

2. A writ of continuing garnishment directed to garnishee George Comfort & Sons, Inc., was issued on the judgment on December 4, 2003, and was served on garnishee on December 16, 2003.

3. Pursuant to the writ of continuing garnishment, garnishee filed an answer on or about December 16, 2003. In its answer, garnishee stated that, at the time the writ was served,

12

garnishee had in its possession or under its control, wages belonging to and due defendant, Donna M. Haynes n/k/a Donna Taylor. Based upon garnishee's answer, the United States is entitled to a sum equal to 25% of the defendant's disposable earnings since the date the writ was served. Further, the United States is entitled to continued payments equal to 25% of the defendant's disposable earnings for each of the defendant's pay periods until the debt is paid in full.

4. On December 10, 2003, the defendant was notified of the right to a hearing and right to object to the answer of garnishee. More than twenty days have elapsed since the defendant was notified and, if an answer was filed, more than twenty days have elapsed since the answer was filed. The defendant has not requested a hearing nor objected to the answer of garnishee within the time provided by law.

Therefore, the Court recommends that the motion of the United States for entry of an order of garnishment be granted. The garnishee George Comfort & Sons, Inc., should be ordered to pay to the United States Department of Justice, a sum equal to 25% of the defendant's disposable earnings since the date the writ was served, and further that garnishee continue payments of 25% of the defendant's disposable earnings each pay period until the debt is paid in full, or until garnishee no longer has custody, possession or control of any wages or income belonging to defendant, or until further order of this Court.

**MARTIN C. ASHMAN**
United States Magistrate Judge

Dated: February 4, 2004.

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable James B. Moran within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

PATRICK J. FITZGERALD
United States Attorney
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

DONNA M. HAYNES
2235 Prout Street
Washington, D.C. 20020

*Pro Se* Defendant

GEORGE COMFORT & SONS, INC.
Attention: Marlene Monks, Controller
200 Madison Avenue
New York, NY 10016

*Pro Se* Garnishee